## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ANGELA TONYAN,

     Plaintiff,

                                        Case No.  18-cv-402-bbc

  v.

DUNHAM'S ASTHLEISURE
CORPORATION,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Dunham Athleisure Corporation against plaintiff Angela Tonyan

dismissing this case.

_s/V. Olmo, Deputy Clerk_                    9/4/2019

Peter Oppeneer, Clerk of Court            Date