UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Angela Tonyan,

                 Plaintiff,              NOTICE OF APPEAL

v.

Dunham's Athleisure Corporation,      Case No. 18-cv-402

                 Defendant.

Notice is hereby given that Angela Tonyan, Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order and Judgment entered on September 4, 2019, in favor of Defendant, Dunham's Athleisure Corporation, granting Defendant's Motion for Summary Judgment.

Dated: 10/3/19

BAKKE NORMAN, S.C.

By: _____
Peter M. Reinhardt
Attorney No. 1025187
2919 Schneider Avenue SE, P.O. Box 280
Menomonie, WI  54751-0280
(715) 235-9016
preinhardt@bakkenorman.com

Attorneys for Angela Tonyan

1