# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Angela Tonyan,

             Plaintiff,

v.

Dunham's Athleisure Corporation,

             Defendant.

**NOTICE OF APPEAL**

Case No. 18-cv-402

---

Notice is hereby given that Angela Tonyan, Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order and Judgment entered on September 4, 2019, in favor of Defendant, Dunham's Athleisure Corporation, granting Defendant's Motion for Summary Judgment.

Dated: 10/3/19

                                          BAKKE NORMAN, S.C.

                            By: _____
                                 Peter M. Reinhardt
                                 Attorney No. 1025187
                                 2919 Schneider Avenue SE, P.O. Box 280
                                 Menomonie, WI 54751-0280
                                 (715) 235-9016
                                 preinhardt@bakkenorman.com

                                 Attorneys for Angela Tonyan